**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Ex parte Dan Trevino v. The State of Texas

Appellate case number:    01-20-00719-CR

Trial court case number:    1688208

Trial court:    184th District Court of Harris County

     This is an appeal from the denial of an application for habeas corpus.  Rule 31.1 provides that when an appellate court receives the record, it may set the time for filing briefs. *See* TEX. R. APP. P. 31.1.

     Accordingly, we **order** appellant to file a brief **within 20 days of the date of this order**. The state's brief **will be due 20 days after appellant's brief is filed**.

     It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
               ☑ Acting individually    ☐ Acting for the Court


Date: ___March 30, 2021_____